**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Gail Feser, on behalf of herself and all others similarly situated in the District of Columbia,<br><br>        Plaintiff,<br><br>  v.<br><br>AU OPTONICS CORP.; AU OPTRONICS CORP. AMERICA; CHI MEI OPTOELECTRONICS CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FIJITZU AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.; PANASONIC COPRORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; and JOHN DOES 1-100,<br><br>        Defendants. | CIVIL ACTION NO. 1:07CV00424 (JDB)<br><br>**STIPULATION** |

**STIPULATION FOR EXTENSION OF TIME
AND PROPOSED ORDER**

Plaintiff Gail Feser and Defendant Sharp Electronics Corporation ("SEC"), through their respective attorneys, jointly submit for the Court's approval the following Stipulation for Extension of Time:

WHEREAS Plaintiff filed a complaint in the above-captioned case on or about March 2, 2007;

WHEREAS Plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than one hundred complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation to transfer the LCD Cases to the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS Plaintiff anticipates the possibility of Consolidated Amended Complaints in the LCD Cases;

WHEREAS Plaintiff and SEC have agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be more efficient for the parties and for the Court;

WHEREAS Plaintiff agrees that the deadline for SEC to respond to the Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; (2) forty-five days after Plaintiff provides written notice to SEC that she does not intend to file a Consolidated Amended Complaint,

provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case; or (3) as ordered by the MDL transferee court.

WHEREAS Plaintiff, SEC, and any other named defendants that join this extension agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies respond to any complaint in another LCD Case prior to the date contemplated by this Stipulation, except pursuant to Court Order, then such responding defendant shall make a simultaneous response to the Complaint in the above-captioned matter.

WHEREAS Plaintiff further agrees that this extension is available, without further stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of their intention to join this extension;

WHEREAS Plaintiff, SEC, and any other named defendants that provide notice of their intention to join this extension pursuant to the preceding paragraph agree that such defendant shall not contest the sufficiency of process or service of process.  This Stipulation does not constitute a waiver of any other defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction or improper venue.

PLAINTIFF AND DEFENDANT SEC, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.     The deadline for SEC to respond to the Complaint shall be extended until the earliest of the following dates (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; (2) forty-five days after Plaintiff provides written notice that she does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case; or (3) as ordered by the MDL transferee court.

2. This extension is available, without further stipulation with counsel for Plaintiff or further order of the Court, to all named defendants who notify Plaintiff in writing of their intention to join this extension.

3. Plaintiff, SEC, and any other named defendants that provide notice of their intention to join this extension pursuant to the preceding paragraph agree that such defendant shall not contest the sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction or improper venue.

4. Plaintiff, SEC, and any defendant joining this extension pursuant to paragraph 2 agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies respond to any complaint in another LCD Case prior to the date contemplated by this Stipulation, except pursuant to Court Order, then such responding defendant shall make a simultaneous response to the Complaint in the above-captioned matter.

IT IS SO STIPULATED.

Dated: March 26, 2007

Respectfully submitted,

/s/ Soye Kim
Jeffrey A. Bartos, D.C. Bar No. 435832
Soye Kim, D.C. Bar No. 471941
GUERRIERI, EDMOND,
   CLAYMAN & BARTOS, PC
1625 Massachusetts Ave, NW
Suite 700
Washington, DC  20036
(202) 624-7400

- 5 -

David Boies, III, Esq.
Timothy D. Battin, Esq.
Ian Otto, Esq.
Nathan Cihlar, Esq.
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
(703) 764-8700

*Attorneys for Plaintiff*

/s/ Rebecca M. Carr (with permission SK)
Rebecca M. Carr, D.C. Bar No. 488274
PILLSBURY WINTHROP SHAW
　　PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000

Of Counsel:
Albert J. Boro
PILLSBURY WINTHROP SHAW
　　PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105

*Attorneys for Defendant Sharp Electronics Corporation*

IT IS SO ORDERED

_____
John D. Bates
United States District Court Judge

__/__/2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2007, copies of the foregoing Stipulation were served by first-class mail on:

AU Optronics Corp. America
9720 Cypresswood Drive, Suite 241
Houston, TX 77070

    C T CORPORATION SYSTEM
    818 W 7TH ST.
    LOS ANGELES, CA 90017

    **Agent for Service**

AU Optronics Corporation
K.Y. (Kuen-Yao) Lee, Chairman/CEO
No. 1, Li-Hsin Rd. 2
Hsinchu Science Park
Hsinchu 30078 Taiwan, R.O.C.

Chi Mei Optoelectronics Co. Ltd.
Ching-Siang Liao, Chairman
No. 3, Sec. 1, Huanshi Rd.
Southern Taiwan Science Park
Sinshih Township,Tainan County, 74147
Taiwan, R.O.C.

Chi Mei Optoelectronics USA Inc.
101 Metro Drive, Suite 510
San Jose, CA 95110

    JUNICHI ISHII
    956 WALLACE DR.
    SAN JOSE, CA 95120

    **Agent for Service**

Chunghwa Picture Tubes Ltd.
C. H. (Frank) Lin, Chairman/President
1127 Hopin Rd.
Padeh City
Taoyuan,Taiwan, R.O.C.

Epson America Inc.
Naoyuki Akikusa, Chairman
3840 Kilroy Airport Way
Long Beach, CA 90806

Epson Electronics America, Inc.
Craig Hodowski, CFO
2580 Orchard Parkway
San Jose, CA 95131

Epson Imaging Devices Corp.
Shuji Aruga, President
6925 Toyoshina Tazawa,
Azumino-Shi, Nagano Japan

Fujitsu America Inc.
Masuo Tanaka, Chairman
1250 E. Arques Ave.
M/S 124
Sunnyvale, CA 94085

Fujitsu Limited Inc.
Hiroaki Kurokawa, President
Shiodome City Center
1-5-2 Higashi-Shimbashi
Minato-ku
Tokyo 105-7123 Japan

Hannstar Display Corp.
Mr. Yu-Chi Chiao, Chairman/CEO
12th Fl., 480, Rueiguang Rd.
Neihu Chiu
Taipei, 114 Taiwan, R.O.C.

Hitachi America Ltd.
Masahide Tanigaki, President/CEO
2000 Sierra Point Parkway
Brisbane, CA 94005

Hitachi Displays Ltd.
Kazuhiro Mori, President
AKS Bldg. 5F
6-2 Kanda Neribei-cho 3
Chiyoda-ku
Tokyo 101-0022 Japan

Hitachi Ltd.
Etsuhiko Shoyama, Chairman/CEO
6-6, Marunouchi 1-chome
Chiyoda-ku
Tokyo 100-8280 Japan

Idtech Co. Ltd.
Noritatsu Ají, President/CEO
Nansei Yaesu Bldg. 3F,
2-2-10 Yaesu
Chuo-ku
Tokyo 104-0028 Japan

Eric Raymond
Idtech USA, Inc.
101 Metro Drive Suite 510
San Jose, CA 95110

Ips Alpha Technology, Ltd.
Fumiaki Yonai, President
3732 Hayano
Mobara-shi, Chiba 297-0037 Japan

LG.Philips LCD Co., Ltd.
Young-Soo Kwon, President/CEO
20 Yoido-dong
Youngdungpo-gu
Seoul 150-721 South Korea

LG.Philips LCD America, Inc.
Y. Jun, President
150 East Brokaw Road
San Jose, CA 95112

Matsushita Electric Industrial Co. Ltd.
Fumio Ohtsubo, President
1 Rockefeller Plaza
Ste. 1001
New York, NY 10020

Mitsubishi Electric & Electronics USA, Inc.
Akira Tasaki, President/CEO
5665 Plaza Drive
P.O. Box 6007
Cypress, CA 90630

Mitsubishi Electric Corp.
Setsuhiro Shimomura, President/CEO
Tokyo Building
2-7-3 Marunouchi
Chiyoda-ku
Tokyo 100-8310 Japan

NEC Electronics America, Inc.
Yuichi Kawakami, President/CEO
2880 Scott Blvd.
Santa Clara, CA 95050-2554

NEC Electronics Corp.
Legal Department
1 Chase Manhattan Plaza
40th Floor
New York, NY 10081

NEC LCD Technologies, Ltd.
Kazuo Okuno, President
1753 Shimonumabe
Nakahara-ku
Kawasaki, Kanagawa 211-8668 Japan

Panasonic Corporation of North America
Yoshihiko (Yoshi) Yamada, Chairman/CEO
1 Panasonic Way
Secaucus, NJ 07094

ii

Samsung Electronics America, Inc.
Dong-Jin Oh, President/CEO
105 Challenger Rd.
Ridgefield Park, NJ 07660

Samsung Electronics Co. Ltd.
Kun-Hee Lee, Chairman/CEO
250, 2-ga, Taepyong-ro 2-ga
Jung-gu
Seoul 100-742 South Korea

Sanyo Electric Co. Ltd.
Toshimasa Iue, President/Director
5-5,Keihan-Hondori 2-chome
Moriguchi City, Osaka 570-8677 Japan

Sanyo North America Corp.
2055 Sanyo Ave.
San Diego, CA 92154

> CSC - LAWYERS INCORPORATING SERVICE
> PO BOX 526036
> SACRAMENTO, CA 95852-6036

**Agent for Service**

Seiko Epson Corp.
Seiji Hanaoka, President
3-3-5 Owa
Suwa, Nagano 392-8502 Japan

Sharp Corporation
Katsuhiko Machida, President
Sharp Plaza
Mahwah, NJ 07430

Sharp Electronics Corp.
Toshihiko Fujimoto, Chairman/President
1 Sharp Plaza
Mahwah, NJ 07430

S-LCD Corp.
Won-Kie Chang, President and CEO
Tanjung, Asan-City
ChungCheongMan-Do, South Korea

Syntax-Brillian Corp.
Vincent F. Sollitto Jr., Chairman/CEO
1600 N. Desert Drive
Tempe, AZ 85281

Toshiba America, Inc.
Legal Department
1251 Avenue of the Americas
Suite 4110
New York, NY 10020

Toshiba Corp.
Atsutoshi Nishida, President/CEO
1-1 Shibaura 1-chome
Minato-ku
Tokyo 105-8001 Japan

Toshiba Matsushita Display Technology Co. Ltd.
Katsuji Fujita, President
Rivage Shinagawa
1-8, Konan 4-chome
Minato-ku
Tokyo 108-0075 Japan

      /s/  Soye Kim
Soye Kim, D.C. Bar No. 471941
GUERRIERI, EDMOND,
  CLAYMAN & BARTOS, PC
1625 Massachusetts Ave, NW
Suite 700
Washington, DC  20036
(202) 624-7400