**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Gail Feser, on behalf of herself and all others similarly situated in the District of Columbia,

Plaintiff,

v.

AU OPTRONICS CORP.; AU OPTRONICS CORP. AMERICA; CHI MEI OPTOELECTRONICS CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FUJITSU AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.; PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; and JOHN DOES 1-100,

Defendants.

Case No.: 1:07cv00424 (JDB)

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Civil Rule 7 of the Rules of this Court, Plaintiff Gail Feser ("Plaintiff") and Defendants Sharp Electronics Corporation, LG.Philips LCD America, Inc., NEC Electronics America, Inc., Chi Mei Optoelectronics U.S.A., Inc., SANYO North America Corporation, Epson America, Inc., Epson Electronics America, Inc., AU Optronics Corporation America, Samsung Electronics America, Inc., Panasonic Corporation of North America, and Mitsubishi Electric & Electronics USA, Inc. (the "Moving Defendants"), through their respective attorneys, for good cause and the reasons hereinafter set forth, hereby jointly move the Court for an extension of time for the Moving Defendants to respond to the Complaint (the "Consent Motion for Extension").

Plaintiff filed the Complaint in the above-captioned case on or about March 2, 2007, alleging antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products. More than one hundred and twenty complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases").

On March 8, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") was notified of this action as being a potential tag-along to the LCD cases. There is currently a motion pending before the JPML to transfer the LCD Cases to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "Motion to Consolidate"). A hearing is scheduled to take place before the JPML on March 29, 2007. All parties that have appeared in the JPML proceedings support transfer and consolidation to one court, and differ only in their preferences as to which court the cases should be transferred. Thus the Plaintiff and

Moving Defendants believe that the LCD cases will most likely be consolidated and transferred to one district by the JPML.

Plaintiff and Moving Defendants have therefore agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be more efficient for the parties and for the Court. The parties have further agreed to the following extensions of time and request that the Court enter the attached Order granting an enlargement of time as follows:

1. The deadline for Moving Defendants to respond to the Complaint shall be extended until the earliest of the following dates (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; (2) forty-five days after Plaintiff provides written notice that she does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case; (3) as ordered by the MDL transferee court; or (4) forty-five days after the issuance of an order by the JPML denying the Motion to Consolidate.

2. Any other named defendants wishing to join this Consent Motion for Extension may do so by filing a notice with this Court joining in this Motion.

3. Plaintiff, the Moving Defendants, and any other named defendants joining this Consent Motion for Extension pursuant to paragraph 2 (the "Joining Defendants") agree that the Moving Defendant and Joining Defendants shall not contest the sufficiency of process or service of process. This Consent Motion for Extension does not constitute a waiver of any other defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction or improper venue.

4. Plaintiff, the Moving Defendants, and any Joining Defendants agree that notwithstanding the above paragraphs, should any Moving Defendant or Joining Defendant

respond to any complaint in another LCD Case prior to the date contemplated by this Consent Motion for Extension, except pursuant to Court Order, then such responding defendant shall make a simultaneous response to the Complaint in the above-captioned matter.

WHEREFORE, the parties respectfully request that the Court grant this Consent Motion for Extension, extending the time as set forth in paragraphs 1-4 above.

Dated: March 28, 2007

Respectfully submitted,

/s/ Rebecca M. Carr
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000

Of Counsel:
Albert J. Boro, Jr.
PILLSBURY WINTHROP SHAW
PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105

*Attorneys for Defendant Sharp Electronics Corporation*

/s/ Jeffrey A. Bartos (with permission RMC)
Jeffrey A. Bartos (D.C. Bar No. 435832)
Soye Kim (D.C. Bar No. 471941)
GUERRIERI, EDMOND,
CLAYMAN & BARTOS, PC
1625 Massachusetts Ave, NW
Suite 700
Washington, DC 20036
(202) 624-7400

David Boies, III, Esq.
Timothy D. Battin, Esq.
Ian Otto, Esq.
Nathan Cihlar, Esq.
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
(703) 764-8700

*Attorneys for Plaintiff*

/s/ Michael Lazerwitz (with permission RMC)
Michael R. Lazerwitz (D.C. Bar No. 430605)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

*Attorneys for Defendant LG.Philips LCD America, Inc.*

/s/ Joseph J. Aronica (with permission RMC)
Joseph J. Aronica (D.C. Bar No. 446139)
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608

Of Counsel:
Stephen H. Sutro
DUANE MORRIS LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104

*Attorneys for NEC Electronics America, Inc.*

/s/ Adam S. Caldwell (with permission RMC)
Adam S. Caldwell (D.C. Bar No. 445786)
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 659-9750

Of Counsel:

Allison A. Davis
DAVIS WRIGHT TREMAINE, LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111

Nick S. Verwolf
DAVIS WRIGHT TREMAINE, LLP
777 108th Avenue, NE
Suite 2300
Bellevue, WA 98004-5149

*Attorneys for SANYO North America Corporation*

/s/ Gordon Pearson (with permission RMC)
Gordon Pearson (D.C. Bar No. 452260)
Steven F. Cherry (D.C. Bar No. 431473)
Therese Lee
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
(202) 663-6000

*Attorneys for Defendant Chi Mei Optoelectronics U.S.A., Inc.*

/s/ Jeremy P. Evans (with permission RMC)
Jeremy P. Evans (D.C. Bar No. 478097)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700

Of Counsel:

Kevin C. McCann
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000

*Attorneys for Defendants Epson America, Inc. and Epson Electronics America, Inc.*

/s/ Frederick D. Baker (with permission RMC)
Frederick D. Baker (DC Bar No.: 394892)
Matthew C. Lovell
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza, Steuart Tower
San Francisco, CA 94105-3628
Telephone: 415.781.7900
Fax: 415.781.2635

*Attorneys for AU Optronics Corporation America*

/s/ Christopher Loveland (with permission RMC)
Christopher Loveland (D.C. Bar No. 473969)
Sheppard Mullin Richter & Hampton, LLP
1300 Eye Street, 11th Floor East
Washington, DC 20005
(202) 772-5348

Gary Halling
Sheppard Mullin Richter & Hampton, LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
(415) 434-9100

*Attorneys for Samsung Electronics America, Inc.*

/s/ Adam P. Strochak (with permission RMC)

Adam P. Strochak (DC Bar No. 439308)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Phone: (202) 682-7001
Fax: (202) 857-0939
adam.strochak@weil.com

Of Counsel:
Steven A. Reiss
David L. Yohai
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Phone: (212)310-8275
Fax: (212)310-8007

*Attorneys for Panasonic Corporation of North America*

/s/ Sam Hirsch (with permission RMC)

Sam Hirsch (D.C. Bar No. 455688)
JENNER & BLOCK LLP
601 Thirteenth Street N.W.
Suite 1200 South
Washington, D.C. 20005
Telephone: (202) 639-6000

Of Counsel:

Michael T. Brody
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone: (312) 222-9350

*Attorneys for Defendant Mitsubishi Electric & Electronics USA, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2007, copies of the foregoing Consent Motion for Extension of Time and Proposed Order were served by first-class mail on:

AU Optronics Corp. America
9720 Cypresswood Drive, Suite 241
Houston, TX 77070

C T CORPORATION SYSTEM
818 W 7TH ST.
LOS ANGELES, CA 90017

**Agent for Service**

AU Optronics Corporation
K.Y. (Kuen-Yao) Lee, Chairman/CEO
No. 1, Li-Hsin Rd. 2
Hsinchu Science Park
Hsinchu 30078 Taiwan, R.O.C.

Chi Mei Optoelectronics Co. Ltd.
Ching-Siang Liao, Chairman
No. 3, Sec. 1, Huanshi Rd.
Southern Taiwan Science Park
Sinshih Township,Tainan County, 74147
Taiwan, R.O.C.

Chunghwa Picture Tubes Ltd.
C. H. (Frank) Lin, Chairman/President
1127 Hopin Rd.
Padeh City
Taoyuan,Taiwan, R.O.C.

Epson America Inc.
Naoyuki Akikusa, Chairman
3840 Kilroy Airport Way
Long Beach, CA 90806

Epson Electronics America, Inc.
Craig Hodowski, CFO
2580 Orchard Parkway
San Jose, CA 95131

Epson Imaging Devices Corp.
Shuji Aruga, President
6925 Toyoshina Tazawa,
Azumino-Shi, Nagano Japan

Fujitsu America Inc.
Masuo Tanaka, Chairman
1250 E. Arques Ave.
M/S 124
Sunnyvale, CA 94085

Fujitsu Limited Inc.
Hiroaki Kurokawa, President
Shiodome City Center
1-5-2 Higashi-Shimbashi
Minato-ku
Tokyo 105-7123 Japan

Hannstar Display Corp.
Mr. Yu-Chi Chiao, Chairman/CEO
12th Fl., 480, Rueiguang Rd.
Neihu Chiu
Taipei, 114 Taiwan, R.O.C.

Hitachi America Ltd.
Masahide Tanigaki, President/CEO
2000 Sierra Point Parkway
Brisbane, CA 94005

Hitachi Displays Ltd.
Kazuhiro Mori, President
AKS Bldg. 5F
6-2 Kanda Neribei-cho 3
Chiyoda-ku
Tokyo 101-0022 Japan

Hitachi Ltd.
Etsuhiko Shoyama, Chairman/CEO
6-6, Marunouchi 1-chome
Chiyoda-ku
Tokyo 100-8280 Japan

Idtech Co. Ltd.
Noritatsu Ají, President/CEO
Nansei Yaesu Bldg. 3F,
2-2-10 Yaesu
Chuo-ku
Tokyo 104-0028 Japan

Eric Raymond
Idtech USA, Inc.
101 Metro Drive Suite 510
San Jose, CA 95110

Ips Alpha Technology, Ltd.
Fumiaki Yonai, President
3732 Hayano
Mobara-shi, Chiba 297-0037 Japan

LG.Philips LCD Co., Ltd.
Young-Soo Kwon, President/CEO
20 Yoido-dong
Youngdungpo-gu
Seoul 150-721 South Korea

LG.Philips LCD America, Inc.
Y. Jun, President
150 East Brokaw Road
San Jose, CA 95112

Matsushita Electric Industrial Co. Ltd.
Fumio Ohtsubo, President
1 Rockefeller Plaza
Ste. 1001
New York, NY 10020

Mitsubishi Electric & Electronics USA, Inc.
Akira Tasaki, President/CEO
5665 Plaza Drive
P.O. Box 6007
Cypress, CA 90630

Mitsubishi Electric Corp.
Setsuhiro Shimomura, President/CEO
Tokyo Building
2-7-3 Marunouchi
Chiyoda-ku
Tokyo 100-8310 Japan

NEC Electronics America, Inc.
Yuichi Kawakami, President/CEO
2880 Scott Blvd.
Santa Clara, CA 95050-2554

NEC Electronics Corp.
Legal Department
1 Chase Manhattan Plaza
40th Floor
New York, NY 10081

NEC LCD Technologies, Ltd.
Kazuo Okuno, President
1753 Shimonumabe
Nakahara-ku
Kawasaki, Kanagawa 211-8668 Japan

Panasonic Corporation of North America
Yoshihiko (Yoshi) Yamada, Chairman/CEO
1 Panasonic Way
Secaucus, NJ 07094

Samsung Electronics America, Inc.
Dong-Jin Oh, President/CEO
105 Challenger Rd.
Ridgefield Park, NJ 07660

Samsung Electronics Co. Ltd.
Kun-Hee Lee, Chairman/CEO
250, 2-ga, Taepyong-ro 2-ga
Jung-gu
Seoul 100-742 South Korea

Sanyo Electric Co. Ltd.
Toshimasa Iue, President/Director
5-5,Keihan-Hondori 2-chome
Moriguchi City, Osaka 570-8677 Japan

Sanyo North America Corp.
2055 Sanyo Ave.
San Diego, CA 92154

CSC - LAWYERS
INCORPORATING SERVICE
PO BOX 526036
SACRAMENTO, CA 95852-6036

**Agent for Service**

Seiko Epson Corp.
Seiji Hanaoka, President
3-3-5 Owa
Suwa, Nagano 392-8502 Japan

S-LCD Corp.
Won-Kie Chang, President and CEO
Tanjung, Asan-City
ChungCheongMan-Do, South Korea

Syntax-Brillian Corp.
Vincent F. Sollitto Jr., Chairman/CEO
1600 N. Desert Drive
Tempe, AZ 85281

Toshiba America, Inc.
Legal Department
1251 Avenue of the Americas
Suite 4110
New York, NY 10020

Toshiba Corp.
Atsutoshi Nishida, President/CEO
1-1 Shibaura 1-chome
Minato-ku
Tokyo 105-8001 Japan

Toshiba Matsushita Display Technology Co. Ltd.
Katsuji Fujita, President
Rivage Shinagawa
1-8, Konan 4-chome
Minato-ku
Tokyo 108-0075 Japan

/s/ Rebecca M. Carr

Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Gail Feser, on behalf of herself and all others similarly situated in the District of Columbia,

Plaintiff,

v.

AU OPTRONICS CORP.; AU OPTRONICS CORP. AMERICA; CHI MEI OPTOELECTRONICS CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FUJITSU AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.; PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; and JOHN DOES 1-100,

Defendants.

Case No.: 1:07cv00424 (JDB)

**ORDER**

Before the Court is the Consent Motion for Extension of Time (the "Consent Motion for Extension") by Plaintiff Gail Feser ("Plaintiff") and Defendants Sharp Electronics Corporation, LG.Philips LCD America, Inc., NEC Electronics America, Inc., Chi Mei Optoelectronics U.S.A., Inc., SANYO North America Corporation, Epson America, Inc., Epson Electronics America, Inc., AU Optronics Corporation America, Samsung Electronics America, Inc., Panasonic Corporation of North America, and Mitsubishi Electric & Electronics USA, Inc. ("Moving Defendants"). Upon consideration of the Consent Motion for Extension and the entire record herein, it is this _____ day of _______________, 2007:

1. **ORDERED** that the deadline for the Moving Defendants to respond to the Complaint is extended until the earliest of the following dates (1) forty-five days after the filing of a Consolidated Amended Complaint alleging antitrust violations by manufacturers of LCD products in a Multidistrict Litigation ("MDL") transferee court; (2) forty-five days after Plaintiff provides written notice that she does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court; (3) as ordered by the MDL transferee court; or (4) forty-five days after the issuance of an order by the Judicial Panel on Multidistrict Litigation denying the motion to transfer the LCD Cases to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407; and it is

2. **FURTHER ORDERED** that any other named defendants wishing to join this Consent Motion for Extension may do so by filing a notice with this Court joining the Consent Motion for Extension; and it is

3. **FURTHER ORDERED** that Plaintiff, the Moving Defendants, and any other named defendants that provide notice joining in this Consent Motion for Extension pursuant to paragraph 2 (the "Joining Defendants"), agree that the Moving Defendants and Joining Defendants shall not contest the sufficiency of process or service of process. This Consent Motion for Extension does not constitute a waiver of any other defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction or improper venue; and it is

4. **FURTHER ORDERED** that Plaintiff, the Moving Defendants, and the Joining Defendants agree that notwithstanding the above paragraphs, should any Moving Defendant or Joining Defendant respond to any complaint in another case alleging antitrust violations by manufacturers of LCD products prior to the date contemplated by this Motion, except pursuant to Court Order, then such responding defendant shall make a simultaneous response to the Complaint in the above-captioned matter.

________________________________
Hon. John D. Bates
United States District Court Judge