UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GAIL FESER, on behalf of herself
and all others similarly situated,

            Plaintiff,

vs.

AU OPTRONICS CORP.; AU OPTRONICS CORP. AMERICA; CHI MEI OPTOELECTRONICS CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FUJITSU AMERICA INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD.; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; and JOHN DOES 1-100.

Case No. 1:07-cv-00424-JDB

|                  :
            Defendants.   :
-------------------------------------------------------------

Certificate required by LCvr 7.1 of the Local Rules of the
<u>United States District Court for the District of Columbia</u>

I, the undersigned, counsel of record for LG.Philips LCD America, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of LG.Philips LCD America, Inc. which have any outstanding securities in the hands of the public.

LG.Philips LCD Co., Ltd., is the parent company of LG.Philips LCD America, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 29, 2007                                Respectfully submitted,

                                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                                    By:  /s/Lee F. Berger
                                                    Lee F. Berger (DC Bar # 482435)
                                                    2000 Pennsylvania Avenue, Suite 9000
                                                    Washington, D.C. 20006
                                                    (202) 974-1500

                                                    Attorneys for Defendant LG.Philips LCD America, Inc.