IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gail Feser, on behalf of herself and all others similarly situated in the District of Columbia,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AU OPTRONICS CORP.; AU OPTRONICS CORP. AMERICA; CHI MEI OPTOELECTRONICS CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FUJITSU AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.; PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; and JOHN DOES 1-100,<br><br>　　　　　　　Defendants. | **FILED**<br><br>APR 0 2 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br><br><br>Case No.: 1:07cv00424 (JDB) |

## **ORDER**

Before the Court is the Consent Motion for Extension of Time (the "Consent Motion for Extension") by Plaintiff Gail Feser ("Plaintiff") and Defendants Sharp Electronics Corporation, LG.Philips LCD America, Inc., NEC Electronics America, Inc., Chi Mei Optoelectronics U.S.A., Inc., SANYO North America Corporation, Epson America, Inc., Epson Electronics America, Inc., AU Optronics Corporation America, Samsung Electronics America, Inc., Panasonic Corporation of North America, and Mitsubishi Electric & Electronics USA, Inc. ("Moving Defendants"). Upon consideration of the Consent Motion for Extension and the entire record herein, it is this 2nd day of April, 2007:

1. **ORDERED** that the deadline for the Moving Defendants to respond to the Complaint is extended until the earliest of the following dates (1) forty-five days after the filing of a Consolidated Amended Complaint alleging antitrust violations by manufacturers of LCD products in a Multidistrict Litigation ("MDL") transferee court; (2) forty-five days after Plaintiff provides written notice that she does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court; (3) as ordered by the MDL transferee court; or (4) forty-five days after the issuance of an order by the Judicial Panel on Multidistrict Litigation denying the motion to transfer the LCD Cases to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407; and it is

2. **FURTHER ORDERED** that any other named defendants wishing to join this Consent Motion for Extension may do so by filing a notice with this Court joining the Consent Motion for Extension; and it is

3.      **FURTHER ORDERED** that Plaintiff, the Moving Defendants, and any other named defendants that provide notice joining in this Consent Motion for Extension pursuant to paragraph 2 (the "Joining Defendants"), agree that the Moving Defendants and Joining Defendants shall not contest the sufficiency of process or service of process. This Consent Motion for Extension does not constitute a waiver of any other defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction or improper venue; and it is

4.      **FURTHER ORDERED** that Plaintiff, the Moving Defendants, and the Joining Defendants agree that notwithstanding the above paragraphs, should any Moving Defendant or Joining Defendant respond to any complaint in another case alleging antitrust violations by manufacturers of LCD products prior to the date contemplated by this Motion, except pursuant to Court Order, then such responding defendant shall make a simultaneous response to the Complaint in the above-captioned matter.

_____
Hon. John D. Bates
United States District Court Judge