AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GAIL FESER, on behalf of herself and all others similarly situated in the District of Columbia

        Plaintiff,

V.

AU OPTRONICS CORP., et al.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00424

JUDGE: John D. Bates

DECK TYPE: Antitrust

DATE STAMP: 03/02/2007

TO: (Name and address of Defendant)

AU Optronics Corp. America
9720 Cypresswood Drive, Suite 241
Houston, TX 77070

C T CORPORATION SYSTEM
818 W 7TH ST.
LOS ANGELES, CA 90017

Agent for Service

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Soye Kim
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, NW
Suite 700
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within    **20**    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

MAR 0 2 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 5, 2007 |
| NAME OF SERVER (PRINT) Rachelle Cruz | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): mailed by U.S. postal service certified mail, return receipt received (see Exh. 1)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/30/07
           Date

*Signature of Server*

Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, D.C.  20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Gail Feser v. AU OPTRONICS CORP., et al.,                                    Exh. 1
Case No. 1:07cv00424 (JDB)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rudy Rivera*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) *RUDY RIVERA*   C. Date of Delivery *8-9-07* |
| 1. Article Addressed to:<br><br>C T CORPORATION SYSTEM<br>818 W 7TH ST.<br>LOS ANGELES, CA 90017 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1820 0006 9057 2044 |

PS Form 3811, August 2001           Domestic Return Receipt                102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Soye Kim
Guerrieri Edmond Clayman & Bartos, PC
1625 Massachusetts Avenue, NW
Suite 700
Washington, DC  20036