AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GAIL FESER, on behalf of herself and all others
similarly situated in the District of Columbia

                Plaintiff,        **SUMMONS IN A CIVIL CASE**

    V.

AU OPTRONICS CORP., et al.

               Defendants.

CASE NUMBER:   1:07CV00424

JUDGE: John D. Bates
DECK TYPE: Antitrust
DATE STAMP: 03/02/2007

TO: (Name and address of Defendant)

Toshiba America, Inc.
Legal Department
1251 Avenue of the Americas
Suite 4110
New York, NY 10020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Soye Kim
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, NW
Suite 700
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

**MAR 23 2007**

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>March 23, 2007 |
| NAME OF SERVER *(PRINT)*<br>Rachelle Cruz | TITLE<br>Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XX Other (specify):  mailed by U.S. postal service certified mail, return receipt received (see Exh. 1)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/30/07
              Date

*Signature of Server*

Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Gail Feser v. AU OPTRONICS CORP., et al.,   Exh. 1
Case No. 1:07cv00424 (JDB)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Toshiba America, Inc.
   Legal Department
   1251 Avenue of the Americas
   Suite 4110
   New York, NY 10020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Ros Johnson   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                    3/27/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2150 0000 7440 2572

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
NEW YORK NY 100
27 MAR 2007 PM 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Soye Kim
Guerrieri Edmond Clayman & Bartos, PC
1625 Massachusetts Avenue, NW
Suite 700
Washington, DC  20036