## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Gail Feser, on behalf of herself and all others similarly
situated in the District of Columbia,

        Plaintiff,

    v.

AU OPTRONICS CORP.; AU OPTRONICS CORP.
AMERICA; CHI MEI OPTOELECTRONICS CO.,
LTD.; CHI MEI OPTOELECTRONICS USA, INC.;
CHUNGHWA PICTURE TUBES, LTD.; FUJITSU
LIMITED, INC.; FUJITSU AMERICA, INC.;
HANNSTAR DISPLAY CORPORATION;
HITACHI, LTD.; HITACHI DISPLAYS, LTD.;
HITACHI AMERICA, LTD.; IDTECH CO., LTD;
IDTECH USA, INC.; IPS ALPHA TECHNOLOGY,
LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS
LCD AMERICA, INC.; MATSUSHITA ELECTRIC
INDUSTRIAL CO. LTD.; PANASONIC
CORPORATION OF NORTH AMERICA;
MITSUBISHI ELECTRIC CORPORATION;
MITSUBISHI ELECTRIC & ELECTRONICS USA,
INC.; NEC ELECTRONICS CORPORATION; NEC
ELECTRONICS AMERICA, INC.; NEC LCD
TECHNOLOGIES, LTD.; SAMSUNG
ELECTRONICS COMPANY LTD.; SAMSUNG
ELECTRONICS AMERICA, INC.; SANYO
ELECTRIC CO., LTD.; SANYO NORTH AMERICA
CORPORATION; EPSON IMAGING DEVICES
CORPORATION; SEIKO EPSON CORPORATION;
EPSON AMERICA, INC.; EPSON ELECTRONICS
AMERICA, INC.; SHARP CORPORATION; SHARP
ELECTRONICS CORPORATION; S-LCD
CORPORATION; SYNTAX-BRILLIAN CORP.;
TOSHIBA CORPORATION; TOSHIBA AMERICA
INC.; TOSHIBA MATSUSHITA DISPLAY
TECHNOLOGY CO., LTD.; and JOHN DOES 1-100,

        Defendants.

Case No.: 1:07cv00424 (JDB)

**PANASONIC CORPORATION OF NORTH AMERICA'S
CORPORATE DISCLOSURE STATEMENT**

Matsushita Electric Industrial Co., Ltd. ("MEI") is the parent corporation of

Defendant Panasonic Corporation of North America ("PNA").  MEI owns ten percent or more of

PNA's stock.

Dated: April 3, 2007

Respectfully submitted,

/s/ Adam P. Strochak
Adam P. Strochak (DC Bar No. 439308)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Phone: (202) 682-7001
Fax: (202) 857-0939
adam.strochak@weil.com

Of Counsel:
Steven A. Reiss
David L. Yohai
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Phone:  (212) 310-8000
Fax:  (212) 310-8007

*Attorneys for Panasonic Corporation of North
America*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 3, 2007, a copy of the foregoing Corporate

Disclosure Statement was served by first-class mail on:

        Jeffrey A. Bartos (D.C. Bar No. 435832)
        Soye Kim (D.C. Bar No. 471941)
        GUERRIERI, EDMOND,
        CLAYMAN & BARTOS, PC
        1625 Massachusetts Ave, NW
        Suite 700
        Washington, DC  20036
        (202) 624-7400

        David Boies, III, Esq.
        Timothy D. Battin, Esq.
        Ian Otto, Esq.
        Nathan Cihlar, Esq.
        STRAUS & BOIES, LLP
        4041 University Drive, Fifth Floor
        Fairfax, Virginia 22030
        (703) 764-8700

        *Attorneys for Plaintiff*

        /s/ Adam P. Strochak
        Adam P. Strochak (DC Bar No. 439308)
        WEIL, GOTSHAL & MANGES LLP
        1300 Eye Street, NW, Suite 900
        Washington, DC 20005
        (202) 682-7001