IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gail Feser, on behalf of herself and all others similarly situated in the District of Columbia,<br><br>      Plaintiff,<br><br>  v.<br><br>AU OPTRONICS CORP.; AU OPTRONICS CORP. AMERICA; CHI MEI OPTOELECTRONICS CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FUJITSU AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.; PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; and JOHN DOES 1-100,<br><br>      Defendants. | Case No.: 1:07cv00424 (JDB) |

<u>**NEC ELECTRONIC AMERICA INC.'S**</u>

<u>**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE**</u>

<u>**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**</u>

I, the undersigned, counsel of record for NEC Electronics America, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of NEC Electronics America, Inc. which have any outstanding securities in the hands of the public.

NEC Electronics America, Inc. is a wholly owned subsidiary of NEC Electronics Corporation, a corporation formed under the laws of Japan. No other publicly held company owns ten percent (10%) or more of NEC Electronics America's stock.

These representations are made in order that judges of this court may determine the need for recusal..

Dated: April 4, 2007                                  Respectfully submitted,

                                                  _____/s/  Joseph J. Aronica_____
                                                  Joseph J. Aronica (D.C. Bar No. 446139)
                                                  DUANE MORRIS LLP
                                                  1667 K Street, N.W., Suite 700
                                                  Washington, DC 20006-1608

                                                  Of Counsel:

                                                  Stephen H. Sutro
                                                  DUANE MORRIS LLP
                                                  One Market, Spear Tower
                                                  Suite 2000
                                                  San Francisco, CA 94105-1104

                                                  *Attorneys for NEC Electronics America, Inc.*