**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Gail Feser, on behalf of
herself and all others similarly
situated in the District
of Columbia
    Plaintiff

        v.                C.A. 1:07cv00424 (JDB)

AU Optronics, et al.
    Defendants

**Notice of Defendant Syntax-Brillian Corp.**
**Joining Consent Motion for Extension**

In accordance with this Court's Order of April 2, 2007, defendant Syntax-Brillian hereby gives notice that it joins the Consent Motion for Extension of Time filed by the plaintiff and defendants Sharp Electronics Corporation, LG Philips LCD America, Inc., NEC Electronics America, Inc., Chi Mei Optoelectronics U.S.A., Inc., SANYO North America Corporation, Epson America, Inc., Epson Electronics America, Inc., AU Optronics Corporation America, Samsung Electronics America, Inc. Panasonic Corporation of North America and Mitsubishi Electric & Electronics USA, Inc.  Syntax-Brillian will file its responsive pleading in accordance with the procedures and schedule set forth in the Order of April 2, 2007.

                                              Respectfully submitted,

                                                /s/ David U. Fierst_____
                                              David U. Fierst (#912899)
                                              Andrew M. Beato
                                              STEIN, MITCHELL & MEZINES L. L. P.
                                              1100 Connecticut Avenue, N.W.

Suite 1100  
Washington, D.C.  20036  
Telephone:   (202) 737-7777  
Fax:             (202) 296-8312