# United States District Court
# For the District of Columbia

Gail Feser, on behalf of herself and all others
similarly situated in the District of Columbia

Plaintiff(s)

vs.

AU Optronics Corp., et al.

Defendant(s)

**APPEARANCE**

CASE NUMBER    1:07cv00424 (JDB)

To the Clerk of this court and all parties of record:

Please enter the appearance of  George L. Paul          as counsel in this
                                (Attorney's Name)

case for:  Toshiba America, Inc.
                            (Name of party or parties)

April 11, 2007
Date

440957
BAR IDENTIFICATION

/s/ George L. Paul
Signature

George L. Paul, White & Case LLP
Print Name

701 13th Street, NW
Address

Washington  DC  20005
City          State          Zip Code

(202) 626-3600
Phone Number