**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Gail Feser, on behalf of herself and all others similarly situated in the District of Columbia,<br><br>   Plaintiff,<br><br> v.<br><br>AU OPTRONICS CORP.; AU OPTRONICS CORP. AMERICA; CHI MEI OPTOELECTRONICS CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FUJITSU AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.; PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; and JOHN DOES 1-100,<br><br>   Defendants. | Case No.: 1:07cv00424 (JDB) |

**NOTICE OF INCORRECT DEFENDANTS ON ADDRESS LIST**

## NOTICE OF INCORRECT DEFENDANTS ON ADDRESS LIST

Plaintiff Gail Feser, through undersigned counsel, gives notice that on filing her Complaint, three entities who are not defendants in this case were inadvertently listed on the address list provided pursuant to Local Civil Rule 5.1(e). These entities are not included in the case caption or Complaint, and were not intended to be defendants in this case. Accordingly, Plaintiff requests that reference to the following entities be stricken from the Complaint and any future address list relating to this case:

> Sony Corp. of America
> C/O SCA Legal Dept.
> 550 Madison Ave.
> 27th Floor
> New York, NY 10022
>
> Sony Corp.
> Howard Stringer, Chairman/CEO
> 550 Madison Ave.
> 27th Floor
> New York, NY 10022
>
> Sony Electronics Inc.
> Ryoji Chubachi, CEO
> 16450 W. Bernardo St
> San Diego, CA 92127

    Respectfully submitted,

    _____/s/ Soye Kim_____
    Jeffrey A. Bartos, D.C. Bar No. 435832
    Soye Kim, D.C. Bar No. 471941
    GUERRIERI, EDMOND,
       CLAYMAN & BARTOS, PC
    1625 Massachusetts Ave, NW
    Suite 700
    Washington, DC  20036
    (202) 624-7400

- 3 -

                                            David Boies, III
                                            Timothy D. Battin
                                            Ian Otto
                                            Nathan Cihlar
                                            STRAUS & BOIES, LLP
                                            4041 University Drive, Fifth Floor
                                            Fairfax, Virginia 22030
                                            (703) 764-8700

Dated: April 11, 2007                      *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2007, copies of the foregoing Notice of Incorrect Defendants on Address List were served by electronic or first-class mail on:

Fredrick D. Baker
Matthew C. Lovell
SEDGWICK DETERT MORAN &
ARNOLD, LLP
One Market Plaza
Steuart Tower
8th Floor
San Francisco, CA 94105
matthew.lovell@sdma.com

**Counsel for AU Optronics Corporation America**

AU Optronics Corporation
K.Y. (Kuen-Yao) Lee, Chairman/CEO
No. 1, Li-Hsin Rd. 2
Hsinchu Science Park
Hsinchu 30078 Taiwan, R.O.C.

**AU Optronics Corporation**

Chi Mei Optoelectronics Co. Ltd.
Ching-Siang Liao, Chairman
No. 3, Sec. 1, Huanshi Rd.
Southern Taiwan Science Park
Sinshih Township,Tainan County, 74147
Taiwan, R.O.C.

**Chi Mei Optoelectronics Co. Ltd.**

Gordon Pearson
Steven F. Cherry
Therese Lee
WILMER CUTLER PICKERING HALE &
DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
gordon.pearson@wilmerhale.com
steven.cherry@wilmerhale.com
therese.lee@wilmerhale.com

**Counsel for Chi Mei Optoelectronics USA Inc.**

Chunghwa Picture Tubes Ltd.
C. H. (Frank) Lin, Chairman/President
1127 Hopin Rd.
Padeh City
Taoyuan,Taiwan, R.O.C.

**Chunghwa Picture Tubes Ltd.**

Jeremy P. Evans
PAUL HASTINGS JANOFSKY &
WALKER LLP
875 15th Street, N.W.
Washington, DC 20005
jeremyevans@paulhastings.com

Kevin C. McCann
PAUL HASTINGS JANOFSKY &
WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105
kevinmccann@paulhastings.com

**Counsel for Epson America, Inc. and Epson Electronics America, Inc.**

Epson Imaging Devices Corp.
Shuji Aruga, President
6925 Toyoshina Tazawa,
Azumino-Shi, Nagano Japan

**Epson Imaging Devices Corp.**

Fujitsu America Inc.
Masuo Tanaka, Chairman
1250 E. Arques Ave.
M/S 124
Sunnyvale, CA 94085

**Fujitsu America Inc.**

Fujitsu Limited Inc.
Hiroaki Kurokawa, President
Shiodome City Center
1-5-2 Higashi-Shimbashi
Minato-ku
Tokyo 105-7123 Japan

**Fujitsu Limited Inc.**

Hannstar Display Corp.
Mr. Yu-Chi Chiao, Chairman/CEO
12th Fl., 480, Rueiguang Rd.
Neihu Chiu
Taipei, 114 Taiwan, R.O.C.

**Hannstar Display Corp.**

Hitachi America Ltd.
Masahide Tanigaki, President/CEO
2000 Sierra Point Parkway
Brisbane, CA 94005

**Hitachi America Ltd.**

Hitachi Displays Ltd.
Kazuhiro Mori, President
AKS Bldg. 5F
6-2 Kanda Neribei-cho 3
Chiyoda-ku
Tokyo 101-0022 Japan

**Hitachi Displays Ltd.**

Hitachi Ltd.
Etsuhiko Shoyama, Chairman/CEO
6-6, Marunouchi 1-chome
Chiyoda-ku
Tokyo 100-8280 Japan

**Hitachi Ltd.**

Idtech Co. Ltd.
Noritatsu Ají, President/CEO
Nansei Yaesu Bldg. 3F,
2-2-10 Yaesu
Chuo-ku
Tokyo 104-0028 Japan

**Idtech Co. Ltd.**

Eric Raymond
Idtech USA, Inc.
101 Metro Drive Suite 510
San Jose, CA 95110

**Idtech USA, Inc.**

Ips Alpha Technology, Ltd.
Fumiaki Yonai, President
3732 Hayano
Mobara-shi, Chiba 297-0037 Japan

**Ips Alpha Technology, Ltd.**

ii

LG.Philips LCD Co., Ltd.
Young-Soo Kwon, President/CEO
20 Yoido-dong
Youngdungpo-gu
Seoul 150-721 South Korea

**LG.Philips LCD Co., Ltd.**

Michael R. Lazerwitz
Jeremy Calsyn
CLEARY GOTTLEIB STEEN &
HAMILTON, LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
mlazerwitz@cgsh.com
jcalsyn@cgsh.com

**Counsel for LG.Philips LCD America, Inc.**

Matsushita Electric Industrial Co. Ltd.
Fumio Ohtsubo, President
1 Rockefeller Plaza
Ste. 1001
New York, NY 10020

**Matsushita Electric Industrial Co. Ltd.**

Sam Hirsch
JENNER & BLOCK LLP
601 Thirteenth Street N.W.
Suite 1200 South
Washington, DC 20005
shirsch@jenner.com

Michael T. Brody
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
mbrody@jenner.com

**Counsel for Mitsubishi Electric & Electronics USA, Inc.**

Mitsubishi Electric Corp.
Setsuhiro Shimomura, President/CEO
Tokyo Building
2-7-3 Marunouchi
Chiyoda-ku
Tokyo 100-8310 Japan

**Mitsubishi Electric Corp.**

Joseph J. Aronica
DUANE MORRIS LLP
1667 K Street, N.W.
Suite 700
Washington, DC 20006-1608
JJAronica@duanemorris.com

Stephen H. Sutro
DUANE MORRIS LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
shsutro@duanemorris.com

**Counsel for NEC Electronics America, Inc.**

NEC Electronics Corp.
Legal Department
1 Chase Manhattan Plaza
40th Floor
New York, NY 10081

**NEC Electronics Corp.**

NEC LCD Technologies, Ltd.
Kazuo Okuno, President
1753 Shimonumabe
Nakahara-ku
Kawasaki, Kanagawa 211-8668 Japan

**NEC LCD Technologies, Ltd.**

iii

| | |
|---|---|
| Adam P. Strochak<br>WEIL GOTSHAL & MANGES LLP<br>1300 Eye Street, NW<br>Suite 900<br>Washington, DC  20005<br>adam.strochak@weil.com | Sanyo Electric Co. Ltd.<br>Toshimasa Iue, President/Director<br>5-5,Keihan-Hondori 2-chome<br>Moriguchi City, Osaka 570-8677 Japan<br><br>**Sanyo Electric Co. Ltd.** |
| Steven A. Reiss<br>David L. Yohai<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>steven.reiss@weil.com<br>david.yohai@weil.com | Adam Caldwell<br>DAVIS WRIGHT TREMAINE, LLP<br>1919 Pennsylvania Avenue, N.W.<br>Suite 200<br>Washington, D.C 20006-3402<br>adamcaldwell@dwt.com |
| **Counsel for Panasonic Corporation of North America** | Allison A. Davis<br>DAVIS WRIGHT TREMAINE, LLP<br>505 Montgomery Street<br>Suite 800<br>San Francisco, CA  94111<br>allisondavis@dwt.com |
| Christopher Loveland<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>1300 Eye Street, 11th Floor East<br>Washington, DC  20005<br>cloveland@sheppardmullin.com | Nick S. Verwolf<br>DAVIS WRIGHT TREMAINE, LLP<br>777 108th Avenue, NE<br>Suite 2300<br>Bellevue, WA 98004-5149<br>nickverwolf@dwt.com |
| Gary Halling<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>Four Embarcadero Ctr.<br>Seventeenth Floor<br>San Francisco, CA 94111<br>ghalling@sheppardmullin.com | **Counsel for Sanyo North America Corp.**<br><br>Seiko Epson Corp.<br>Seiji Hanaoka, President<br>3-3-5 Owa<br>Suwa, Nagano 392-8502 Japan |
| **Counsel for Samsung Electronics America, Inc.** | **Seiko Epson Corp.** |
| Samsung Electronics Co. Ltd.<br>Kun-Hee Lee, Chairman/CEO<br>250, 2-ga, Taepyong-ro 2-ga<br>Jung-gu<br>Seoul 100-742 South Korea | Sharp Corporation<br>Katsuhiko Machida, President<br>Sharp Plaza<br>Mahwah, NJ 07430 |
| **Samsung Electronics Co. Ltd.** | **Sharp Corporation** |

Rebecca Carr
Albert Boro
PILLSBURY WINTHROP SHAW
PITTMAN, LLP
2300 N Street, NW
Washington, DC 20037-1122
rebecca.carr@pillsburylaw.com
albert.boro@pillsburylaw.com

**Counsel for Sharp Electronics Corp.**

S-LCD Corp.
Won-Kie Chang, President and CEO
Tanjung, Asan-City
ChungCheongMan-Do, South Korea

**S-LCD Corp.**

Herman S. Palarz
TYRE KAMINS KATZ & GRANOF
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1666
HPalarz@tyrekamins.com

**Counsel for Syntax-Brillian Corp.**

George L. Paul
WHITE & CASE, LLP
701 13th Street, NW
Washington, DC 20005
gpaul@whitecase.com

**Counsel for Toshiba America, Inc.**

Toshiba Corp.
Atsutoshi Nishida, President/CEO
1-1 Shibaura 1-chome
Minato-ku
Tokyo 105-8001 Japan

**Toshiba Corp.**

Toshiba Matsushita Display
   Technology Co. Ltd.
Katsuji Fujita, President
Rivage Shinagawa
1-8, Konan 4-chome
Minato-ku
Tokyo 108-0075 Japan

**Toshiba Matsushita Display Technology Co. Ltd.**


         /s/  Soye Kim
Soye Kim, D.C. Bar No. 471941
GUERRIERI, EDMOND,
   CLAYMAN & BARTOS, PC
1625 Massachusetts Ave, NW
Suite 700
Washington, DC 20036
(202) 624-7400

v