A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Gail Feser, on behalf of herself and all others similarly situated in the District of Columbia   )
    Plaintiff(s)   )  **APPEARANCE**
          )
          )
    vs.     )  CASE NUMBER 1:07cv00424 (JDB)
AU Optronics Corp., et al.   )
          )
    Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Kristen J. McAhren   as counsel in this
          (Attorney's Name)

case for:  Toshiba America, Inc.
     (Name of party or parties)

April 12, 2007        /s/ Kristen J. McAhren
Date            Signature

             Kristen J. McAhren, White & Case LLP
482693          Print Name
BAR IDENTIFICATION

             701 13th Street, NW
             Address

             Washington DC 20005
             City  State  Zip Code

             (202) 626-3600
             Phone Number