## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gail Feser, on behalf of herself and all others similarly situated in the District of Columbia, <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORP.; AU OPTRONICS CORP. AMERICA; CHI MEI OPTOELECTRONICS CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FUJITSU AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.; PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; and JOHN DOES 1-100, <br><br> Defendants. | Case No.:  1:07cv00424 (JDB) |

## TOSHIBA AMERICA, INC.'S
## <u>CORPORATE DISCLOSURE STATEMENT</u>

      Defendant Toshiba America, Inc. makes this disclosure pursuant to Federal Rule

of Civil Procedure 7.1.  Toshiba America, Inc. is a wholly-owned subsidiary of Toshiba

Corporation, a publicly held company located and traded in Japan.

Dated: April 17, 2007

                    Respectfully submitted,


                    <u>/s/ George L. Paul</u>
                    George L. Paul, Esq. (D.C. Bar 440957)
                    Kristen J. McAhren, Esq. (D.C. Bar 482693)
                    White & Case LLP
                    701 Thirteenth Street N.W.
                    Suite 600 South
                    Washington DC 20005

                    *Attorneys for Toshiba America, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on April 17, 2007, a copy of the foregoing Corporate

Disclosure Statement was served by first-class mail on:

> Jeffrey A. Bartos (D.C. Bar No. 435832)
> Soye Kim (D.C. Bar No. 471941)
> GUERRIERI, EDMOND,
> CLAYMAN & BARTOS, PC
> 1625 Massachusetts Ave, NW
> Suite 700
> Washington, DC 20036
> (202) 624-7400
>
> David Boies, III, Esq.
> Timothy D. Battin, Esq.
> Ian Otto, Esq.
> Nathan Cihlar, Esq.
> STRAUS & BOIES, LLP
> 4041 University Drive, Fifth Floor
> Fairfax, Virginia 22030
> (703) 764-8700
>
> *Attorneys for Plaintiff*

/s/ Scott W. MacMullan
Scott W. MacMullan