**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Gail Feser, on behalf of herself and all others similarly situated in the District of Columbia,<br><br>                Plaintiff,<br><br>   v.<br><br>AU OPTRONICS CORP.; AU OPTRONICS CORP. AMERICA; CHI MEI OPTOELECTRONICS CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FUJITSU AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG.PHILIPS LCD CO., LTD.; LG.PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.; PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; and JOHN DOES 1-100,<br><br>                Defendants. | Case No.: 1:07cv00424 (JDB) |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the address for Kristen J. McAhren should be corrected to:

**WHITE & CASE, L.L.P.**
**701 13 Street, NW**
**Washington, DC 20005 -3807**
**(202) 626-3706**
**Fax (202) 639-9355**
**Email: kmcahren@whitecase.com**

Please revise your Certificate of Service and file information accordingly.

Dated: April 17, 2007

                         Respectfully submitted,

                         /s/ Kristen J. McAhren
                         Kristen J. McAhren, Esq. (D.C. Bar 482693)
                         White & Case LLP
                         701 Thirteenth Street N.W.
                         Suite 600 South
                         Washington DC 20005
                         *Attorney for Toshiba America, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2007, copies of the foregoing Consent Motion for Extension of Time and Proposed Order were served by first-class mail on:

AU Optronics Corp. America
9720 Cypresswood Drive, Suite 241
Houston, TX 77070

    C T CORPORATION SYSTEM
    818 W 7TH ST.
    LOS ANGELES, CA 90017

    **Agent for Service**

AU Optronics Corporation
K.Y. (Kuen-Yao) Lee, Chairman/CEO
No. 1, Li-Hsin Rd. 2
Hsinchu Science Park
Hsinchu 30078 Taiwan, R.O.C.

Chi Mei Optoelectronics Co. Ltd.
Ching-Siang Liao, Chairman
No. 3, Sec. 1, Huanshi Rd.
Southern Taiwan Science Park
Sinshih Township,Tainan County, 74147
Taiwan, R.O.C.

Chunghwa Picture Tubes Ltd.
C. H. (Frank) Lin, Chairman/President
1127 Hopin Rd.
Padeh City
Taoyuan,Taiwan, R.O.C.

Epson America Inc.
Naoyuki Akikusa, Chairman
3840 Kilroy Airport Way
Long Beach, CA 90806

Epson Electronics America, Inc.
Craig Hodowski, CFO
2580 Orchard Parkway
San Jose, CA 95131

Epson Imaging Devices Corp.
Shuji Aruga, President
6925 Toyoshina Tazawa,
Azumino-Shi, Nagano Japan

Fujitsu America Inc.
Masuo Tanaka, Chairman
1250 E. Arques Ave.
M/S 124
Sunnyvale, CA 94085

Fujitsu Limited Inc.
Hiroaki Kurokawa, President
Shiodome City Center
1-5-2 Higashi-Shimbashi
Minato-ku
Tokyo 105-7123 Japan

Hannstar Display Corp.
Mr. Yu-Chi Chiao, Chairman/CEO
12th Fl., 480, Rueiguang Rd.
Neihu Chiu
Taipei, 114 Taiwan, R.O.C.

Hitachi America Ltd.
Masahide Tanigaki, President/CEO
2000 Sierra Point Parkway
Brisbane, CA 94005

Hitachi Displays Ltd.
Kazuhiro Mori, President
AKS Bldg. 5F
6-2 Kanda Neribei-cho 3
Chiyoda-ku
Tokyo 101-0022 Japan

Hitachi Ltd.
Etsuhiko Shoyama, Chairman/CEO
6-6, Marunouchi 1-chome
Chiyoda-ku
Tokyo 100-8280 Japan

Idtech Co. Ltd.
Noritatsu Ají, President/CEO
Nansei Yaesu Bldg. 3F,
2-2-10 Yaesu
Chuo-ku
Tokyo 104-0028 Japan

Eric Raymond
Idtech USA, Inc.
101 Metro Drive Suite 510
San Jose, CA 95110

Ips Alpha Technology, Ltd.
Fumiaki Yonai, President
3732 Hayano
Mobara-shi, Chiba 297-0037 Japan

LG.Philips LCD Co., Ltd.
Young-Soo Kwon, President/CEO
20 Yoido-dong
Youngdungpo-gu
Seoul 150-721 South Korea

LG.Philips LCD America, Inc.
Y. Jun, President
150 East Brokaw Road
San Jose, CA 95112

Matsushita Electric Industrial Co. Ltd.
Fumio Ohtsubo, President
1 Rockefeller Plaza
Ste. 1001
New York, NY 10020

Mitsubishi Electric & Electronics USA, Inc.
Akira Tasaki, President/CEO
5665 Plaza Drive
P.O. Box 6007
Cypress, CA 90630

Mitsubishi Electric Corp.
Setsuhiro Shimomura, President/CEO
Tokyo Building
2-7-3 Marunouchi
Chiyoda-ku
Tokyo 100-8310 Japan

NEC Electronics America, Inc.
Yuichi Kawakami, President/CEO
2880 Scott Blvd.
Santa Clara, CA 95050-2554

NEC Electronics Corp.
Legal Department
1 Chase Manhattan Plaza
40th Floor
New York, NY 10081

NEC LCD Technologies, Ltd.
Kazuo Okuno, President
1753 Shimonumabe
Nakahara-ku
Kawasaki, Kanagawa 211-8668 Japan

Panasonic Corporation of North America
Yoshihiko (Yoshi) Yamada, Chairman/CEO
1 Panasonic Way
Secaucus, NJ 07094

Samsung Electronics America, Inc.
Dong-Jin Oh, President/CEO
105 Challenger Rd.
Ridgefield Park, NJ 07660

Samsung Electronics Co. Ltd.
Kun-Hee Lee, Chairman/CEO
250, 2-ga, Taepyong-ro 2-ga
Jung-gu
Seoul 100-742 South Korea

Sanyo Electric Co. Ltd.
Toshimasa Iue, President/Director
5-5,Keihan-Hondori 2-chome
Moriguchi City, Osaka 570-8677 Japan

Sanyo North America Corp.
2055 Sanyo Ave.
San Diego, CA 92154

    CSC - LAWYERS
    INCORPORATING SERVICE
    PO BOX 526036
    SACRAMENTO, CA 95852-
    6036

**Agent for Service**

Seiko Epson Corp.
Seiji Hanaoka, President
3-3-5 Owa
Suwa, Nagano 392-8502 Japan

S-LCD Corp.
Won-Kie Chang, President and CEO
Tanjung, Asan-City
ChungCheongMan-Do, South Korea

Syntax-Brillian Corp.
Vincent F. Sollitto Jr., Chairman/CEO
1600 N. Desert Drive
Tempe, AZ 85281

Toshiba America, Inc.
Legal Department
1251 Avenue of the Americas
Suite 4110
New York, NY 10020

Toshiba Corp.
Atsutoshi Nishida, President/CEO
1-1 Shibaura 1-chome
Minato-ku
Tokyo 105-8001 Japan

Toshiba Matsushita Display Technology
Co. Ltd.
Katsuji Fujita, President
Rivage Shinagawa
1-8, Konan 4-chome
Minato-ku
Tokyo 108-0075 Japan


/s/ Scott W. MacMullan_
Scott W. MacMullan